UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-341-T-17MAP

LISA MARIE BRYSON

### FORFEITURE MONEY JUDGMENT

The defendant pleaded guilty to Counts One and Two of the Information which charges her with theft of government funds, in violation of 18 U.S.C. § 641, and the United States has established that the defendant obtained $107,049.49 in proceeds as a result of the offenses.

The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment against the defendant. The motion for entry of a forfeiture money judgment is GRANTED. Under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the defendant is liable for a forfeiture money judgment in the amount of $107,049.49, which represents the amount of proceeds obtained as a result of the theft of government funds.

The United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the value of the money judgment. Jurisdiction is retained to enter any order necessary for the

CASE NO. 8:16-CR-341-T-17MAP

forfeiture and disposition of any substitute asset and to address any third-party claim.

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 3, p. 5), this order of forfeiture is final at the time it is entered.

ORDERED in Tampa, Florida, on October 4, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record